# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THOMAS M. SLEVIN,

    Plaintiff,

v.                               CASE NO. 4:06cv390-RH/WCS

JAMES McDONOUGH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 29), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' motion for summary judgment (document 30) is GRANTED. The clerk shall enter judgment stating, "This action is dismissed with prejudice." The clerk shall close the file.

    SO ORDERED this 27th day of March, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge